### S.E.W. FRIEL COMPANY v.
### NEW JERSEY TURNPIKE AUTHORITY.

May 18, 1976.  Petition for certification granted.

### JEAN S. HAMILTON v. JOHN W. HAMILTON.

May 18, 1976.  Petition for certification denied.

### MAYO S. SISLER v. VIRGINIA J. SISLER.

May 18, 1976.  Petition for certification denied.

### DANA ALEXANDER v.
### SUPERMARKETS GENERAL CORPORATION.

May 18, 1976.  Petition for certification denied.

### STATE OF NEW JERSEY v. LESTER J. DACOSTA.

May 18, 1976.  Petition for certification denied.

### STATE OF NEW JERSEY v. WILLIAM WALLACE.

May 18, 1976.  Petition for certification denied.